***Form OL241*** (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Craig A Quedenfeld<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | <br>Case No. 26−12879−djb<br><br><br>Chapter: 13 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated July 22, 2026, this case is hereby DISMISSED.

**Date: August 14, 2026**

Derek J Baker
Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure Statement
Ch. 13 Statement of your current monthly income and calculation of commitment period form 122C−1
Means test calculation form 122C−2
Ch 13 Plan
Schedules AB−J
Statement of financial affairs
Summary of assets & liabilities

Documents were due by August 4, 2026